1124

No. 93–7044. PEREIRA-POSO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7045. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7050. KIRKENDALL *v.* GRAMBLING & MOUNCE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7059. WOODROME *v.* GROOSE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–7060. WICKLIFFE *v.* FARLEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7061. HOOPER *v.* MORGAN COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7062. HERMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7068. FREEMAN *v.* ERICKSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–7069. WALTON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7071. STOLTZFUS *v.* STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 93–7072. DEAN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 93–7073. CORETHERS *v.* KMIECIK ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7074. BEACHEM *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 93–7076. GRADY *v.* MIAMI HERALD PUBLISHING CO. ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–7077. HENNING *v.* JACOBS, CHAIRMAN, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. C. A. 3d Cir. Certiorari denied.